AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>**Tycen Proper**<br><br>.<br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. *D:2b my. 341* |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 1, 2026 to June 11, 2026__ in the county of __Knox__ in the __Southern__ District of __Ohio__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | -Conspiracy to commit an offense against the United States |
| 18 U.S.C. § 1114(a) | -Attempted murder of any officer or employee of the United States |
| 18 U.S.C. § 924(c) | -Possession of a firearm in furtherance of a crime of violence |
| 18 U.S.C. § 924(h) | -Receipt or transfer of a firearm used to commit a felony |

This criminal complaint is based on these facts:

**See Affidavit in Support of Criminal Complaint**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

**Christopher S. Betts, FBI Task Force Officer**
_____
*Printed name and title*

Sworn to before me and signed in my presence. *attested pursuant to Rule 4.1 FRCrPro*

Date: __June 12, 2026__

_____
*Judge's signature*

City and state: __Columbus, Ohio__

Norah McCann King *USMJ*
_____
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Christopher S. Betts, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") Joint Terrorism Task Force ("JTTF"), and a Detective for the Columbus Division of Police ("CPD") Counter Terrorism Unit and have been employed since December 2015. I am currently assigned to the FBI's Cincinnati Division, Columbus Resident Agency, Joint Terrorism Task Force. Previously, I graduated from Penn State University with a Master's Degree in Homeland Security: Counterterrorism and from The Ohio State University with a Bachelor's Degree in International Studies: Security and Intelligence. During my tenure with the FBI and Division of Police, I have investigated and participated in the investigation of domestic terrorism violations and, among other things, have conducted or participated in surveillances, reviews of records, and the executions of search and tracking warrants. From these experiences, and from training related to counterterrorism matters, I have become familiar with the ways in which persons conduct criminal activity online, to include but not limited to, the efforts persons involved in such activity take to disguise operations and avoid detection by law enforcement. I additionally have working knowledge coding websites, managing small networks, and server management. I have obtained the GIAC Security Essentials Certification from the GIAC (previously Global Information Assurance Certification).

2. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The information contained in this affidavit is either personally known to me, based upon my interview of various witnesses and review of various records and publicly available information, or has been relayed to me by other agents or sworn law enforcement personnel. Because this

affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning the investigation. I have only set forth facts to establish probable cause for the charges in the complaint.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States), 18 U.S.C. § 1114(a) (Attempted Murder of Any Officer or Employee of the United States), 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Crime of Violence), and 18 U.S.C. § 924(h) (Receipt or Transfer of a Firearm Used to Commit a Felony) were committed by TYCEN PROPER.

**PROBABLE CAUSE**

4. On or about June 10, 2026, at approximately 9:18pm, officers with the Knox County Sheriff's Office and Danville Police Department were dispatched to an address in Knox County in reference to a disturbance. The caller, identified as PROPER's mother, was concerned about her son, identified as PROPER, due to his recent conduct, including firearms purchases and communicating with certain individuals online.

**Initial Investigation by Local Authorities**

5. Officers arrived on scene at approximately 9:38pm and spoke to PROPER and his mother and father. PROPER is a 19-year-old male who lives at that residence with his parents. PROPER's father stated that PROPER had recently met random people online and had been planning "recons" with these individuals. His father said PROPER has been planning to leave this upcoming weekend (the weekend of June 13, 2026) to meet up with these online individuals. His father further stated that PROPER had also recently acquired camping gear, food, ballistic plates, a new shotgun, a rifle, "lots" of ammunition, extra magazines, and plate carriers.

2

PROPER allegedly spent approximately $3,000 of his graduation money to purchase the previously described equipment.

6. PROPER's father stated that, in addition to the above behavior, PROPER quit his job recently in preparation to meet the individuals he had been interacting with online to conduct "missions" and "recons." His father did not have any additional information about the identities of the people with whom PROPER was speaking.

7. The Knox County Sheriff's Office took photos of the equipment acquired by PROPER, which included several boxes of ammunition (estimated by law enforcement to be in the thousands of rounds of ammunition), two plate carriers with AR-style magazines, an AR-style rifle, and a bullpup rifle painted with an American flag. The equipment was turned over voluntarily by the family to law enforcement.

8. At the conclusion of the encounter, PROPER was transported by the Knox County Sheriff's Office to a local hospital where they submitted an application for emergency admission based on homicidal ideations.

9. On June 11, 2026, the Knox County Sheriff's Office contacted the FBI as a result of its interactions with PROPER.

**Interview with PROPER's Mother**

10. Also on June 11, 2026, I contacted PROPER's mother for a telephone interview for additional information. She detailed that PROPER had recently begun interacting with a group online that was comprised of individuals who claimed to be ex-military and Christian-based. She didn't know the name of the group, but they expressed ultra-religious and anti-government sentiments, specifically citing grievances about government corruption, the handling of the Epstein files, data centers taking up all the water in communities, and other government

actions. PROPER's mother detailed that talking with these individuals online has caused PROPER to lean heavily into his religion, and she believed that those individuals were using religion to manipulate and influence her son.

11.     In addition to the equipment and firearms PROPER had recently purchased, she stated that she observed him recently engaged in physical training, which she initially thought was to further his aspirations to join the military or police, but later learned it was related to the online group he was part of.

12.     PROPER's mother detailed that the communications with these individuals largely occurred on his cellular device, and she provided a phone number for PROPER. She also stated that she recently observed PROPER researching and mapping locations in the area just northwest of Washington D.C. She stated that she also observed additional images and maps being sent to him from unknown individuals through texts and Discord messages, and she would overhear PROPER talking to these individuals verbally on his phone.

13.     When she asked PROPER what he was doing, he said he couldn't tell her exactly what he was doing, but that they were looking at multiple different locations and intended to conduct "recon" as well as "hit and run missions." PROPER's mother believed "hit and run missions" meant conducting shootings and then leaving.

**Execution of Search Warrants**

14.     On June 11, 2026, the FBI, in coordination with the Knox County Sheriff's Office, CPD, and Danville Police Department, executed a local search warrant at the residence of PROPER. While on scene, investigators observed a large quantity of boxes of spent ammunition, rounds of spent cartridge casings (consistent with ammunition having been fired), and other tactical clothing. Investigators also spoke to PROPER's father and grandmother, who stated that

4

PROPER had become more closed off from his family and spent most of his time online speaking to unidentified persons. PROPER's family members also highlighted concerning statements he had made in recent months, such as making sympathetic comments about Adolf Hitler and posting anti-Semitic comments on Facebook.

15. Also on June 11, 2026, a local search warrant was executed on PROPER's Apple iPhone, which the Knox County Sheriff's Office had previously seized to preserve evidence. During a preliminary search of the device, investigators observed chats on Signal groups that laid out detailed plans to conduct an attack in Washington D.C. with several unidentified confederates. In the chat, detailed imagery of the National Capitol Region and maps of the area were shared to a group of which PROPER was a member, highlighting sniper locations, potential drone launch locations, and other detailed tactical planning.

## Interview of PROPER

16. On June 11, 2025, investigators conducted an interview with PROPER at the medical facility where he was housed. The interview was consensual and took place in an unlocked room while a case worker was present.

17. During the interview, PROPER admitted to planning with others a coordinated attack against the United States government during the UFC event scheduled to take place on the White House lawn in Washington, D.C., on Sunday, June 14, 2026.

18. According to PROPER, some members of the group who would participate in the attack began communicating with one another in or around March 2026 via a TikTok group called "Vanguard of the Old." The members of the group stated that they wanted to protect the United States, which they believed was headed in the wrong direction. Members of the group believed that the United States needed to be torn down so that it could be rebuilt. Some

expressed a desire that people who were involved with Jeffrey Epstein should not govern the country. Members shared information with each other on the TikTok group to show their trustworthiness and commitment to the cause, such as identification documents and videos of their abilities and workouts.

19. Some of the more serious members of the group, including PROPER, moved their communications over to the encrypted communications app Signal. There they planned an attack for the upcoming White House UFC event. PROPER believed many of the group members had prior military experience. The group was broken up into three tiers, with "Tier 1" having to meet physical fitness standards and acquire equipment such as personal body armor and firearms. PROPER admitted to being one of the team leaders.

20. PROPER described the general plan for the attack. All members would leave their homes on Friday or Saturday (June 12 or 13, 2026) to meet up in Fredericksburg, Virginia. PROPER himself was planning to drive, taking his weapons and body armor, including an AR-15, all his ammunition, tactical vests, and ballistic plates. He planned to take extra body armor for other members of the group. He also planned to pick up another member of the group on the way who was hoping to acquire a firearm from a friend or his employer. Investigators have identified that individual and believe he lives in West Virginia. PROPER said that although he was not going to the protest in order to shoot people, several other members of the group were intent on violence.

21. According to PROPER, the plan as he knew it was to stage a demonstration on the north side of the White House. While the demonstration was taking place, the group would fly small, unmanned aircraft (i.e. drones) laden with unspecified explosive devices which would detonate over the north side of the UFC arena. When the unmanned aircraft detonated, the intent

6

was to force the crowd attending the UFC event and high value targets (HVTs) to evacuate to the south. PROPER stated that the plan was for members of his group to act as snipers and additional shooters, preferably with long guns, staged at or near the southern evacuation point to conduct shootings of the members of the crowd and HVTs as they fled from the explosive devices which had just been detonated. The HVTs included both wealthy people and politicians. According to Proper, this attack was designed to "jumpstart" a revolution in the United States.

## Information Obtained from PROPER's Phone

22. The search of PROPER's cell phone revealed chats in the Signal app, consistent with much of what PROPER described. In the phone, investigators could see that there was a primary large chat, consisting of approximately 19 individuals. Additionally, there were smaller chat groups, consisting of approximately 4-5 individuals. These smaller chat groups were based on role assignments and locations, such as shooters at one location or shooters at another location. The review of PROPER's cell phone also revealed group members discussing exit, escape and evasion resources for the attack, including the location of a potential "safe house," and also potential exfiltration or escape routes for members of the group after the attack. Some plans indicated that members of the group would travel from the area of the White House to the Potomac River and travel along the river to escape the area.

23. The review of PROPER's cell phone also revealed chats in the application SimpleX, wherein PROPER chatted with co-conspirators regarding the attack on June 14, 2026. In chats on or about May 13, 2026, PROPER stated, "I got a possible target Marsha Blackburn is senator for Tennessee," and in response to a question in the chat asking why to attack her, he stated, "She's taken money from the Israel pro Israel lobby and supports them." On May 31, 2026, PROPER sent messages, leading with the text, "These are people we're going to focus

on," and then sent images of U.S. Senator Jim Justice, U.S. Senator Shelley Moore Capito, U.S. Representative Carol Miller, and U.S. Representative Riley Moore. The four images of these members of Congress appear to have been taken from the website "TrackAIPAC.com" and appear to include information about how much money each Congressperson received "from pro-Israel PACS."

24.     I am aware that a UFC event is scheduled to take place on the lawn of the White House on Sunday, June 14, 2026. I am aware that the President of the United States is scheduled to be in attendance at the event. I am also aware, based on news reports and open-source reporting, that politicians, potentially including members of Congress and Cabinet officials, will likely be at the UFC event.

25.     According to employees at a store in Knox County, Ohio, on or about June 5, 2026, PROPER came into the store and purchased a bullpup shotgun. Firearms tracing records from the Bureau of Alcohol, Tobacco, Firearms and Explosives confirmed the purchase.

### CONCLUSION

26.     Based on the foregoing, there is probable cause to believe that violations of 18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States), 18 U.S.C. § 1114(a) (Attempted Murder of Any Officer or Employee of the United States), 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Crime of Violence), and 18 U.S.C. § 924(h) (Receipt or Transfer of a Firearm Used to Commit a Felony) were committed by TYCEN PROPER. I therefore respectfully request that a warrant be issued authorizing the arrest of TYCEN PROPER.

8

Respectfully submitted,

*Chris Betts*

Christopher S. Betts
Task Force Officer
Federal Bureau of Investigation

SWORN to & attested

Subscribed and sworn to before me on this 12th day of June, 2026. pursuant to FRCrP4.1

NORAH MCCANN KING
UNITED STATES MAGISTRATE JUDGE

9