AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    2:26-cr-113 (1) |
| Abraham Hermosillo Alvarez | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Abraham Hermosillo Alvarez                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2339A (Conspiracy to Provide Material Support to Terrorists)
Count 2: 18 U.S.C. § 1117 (Conspiracy to Commit Murder)

Date:    7/9/26

City and state:    Columbus, Ohio

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   7-13-2026  , and the person was arrested on *(date)*   7-13-2026 1055 HRS at *(city and state)*   WILBER, NE 68465 . |
| Date:   7-13-2026            *Arresting officer's signature* |
| Richard M. Zimmerman Captain #9228    *Printed name and title*   SALINE CO. SHERIFF OFFC. |