AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>William Lee Spartacus Falkner<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   2:26-cr-113 (3)<br><br>**RECEIVED**<br>**By TAdams at 9:54 am, Jul 10, 2026** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Lee Spartacus Falkner                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2339A (Conspiracy to Provide Material Support to Terrorists)
Count 2: 18 U.S.C. § 1117 (Conspiracy to Commit Murder)

Date:     7/9/26                                                     _____
                                                                                          *Issuing officer's signature*

City and state:     Columbus, Ohio                              Richard W. Nagel, Clerk, U.S. District Court
                                                                                          *Printed name and title*

---

**Return**

| | |
|---|---|
| This warrant was received on *(date)*  7/10/26 , and the person was arrested on *(date)*  7/15/26 | |
| at *(city and state)*  Tacoma, WA . | |
| Date:  7/10/26 | _____<br>*Arresting officer's signature*<br><br>DUSM Alan Wheon<br>*Printed name and title* |