**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**                                                     Case No.  2:26-cr-113 #8

**Michael Alan Thomas**

**COURTROOM   MINUTES**

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 7/27/2026 1:31pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Damoun Delaviz |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Adam Nemann |
| INTERPRETER: | | PRETRIAL/PROBATION: | John McCabe |

Arraignment on Indictment

-Counsel and dft consent to hearing being digitally recorded
-Counsel and dft waive formal reading of indictment in open Court
-Defendant enters NOT GUILTY plea
-Scheduling Order to be issued by Judge Sargus

Defendant to REMAIN in the custody of the United States Marshal pending trial.