**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**　　　　　　　**Case No. 2:26-cr-113(8)
　　　　　　　　　　　　　　　JUDGE EDMUND A. SARGUS, JR.**

        **v.**

**MICHAEL ALAN THOMAS,**

      **Defendant.**

### ORDER

The defendant Michael Alan Thomas appeared before Magistrate Judge Chelsey M. Vascura on July 27, 2026 and entered a plea of not guilty to the counts he is charged with in the Indictment. (ECF No. 61.)  The defendant Michael Alan Thomas is now hereby joined to the Scheduling Order (ECF No. 47) filed on July 16, 2026.

    **IT IS SO ORDERED.**


**7/28/2026**　　　　　　　　　　**s/Edmund A. Sargus, Jr.**　　　　　　
**DATE**　　　　　　　　　　　　**EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**