**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**                    **Case No. 2:26-cr-113(6)**
                                        **JUDGE EDMUND A. SARGUS, JR.**

        **v.**

**BRYAN OMAR ROA,**

        **Defendant.**

## ORDER

The defendant Bryan Omar Roa appeared before Magistrate Judge Chelsey M. Vascura on July 31, 2026 and entered a plea of not guilty to the counts he is charged with in the Indictment. (ECF No. 67.)  The defendant Bryan Omar Roa is now hereby joined to the Scheduling Order (ECF No. 47) filed on July 16, 2026.

        **IT IS SO ORDERED.**


**8/3/2026**                               **s/Edmund A. Sargus, Jr.**
**DATE**                                  **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**