**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| **Plaintiff,** | **Case No. 2:26-cr-113(5)** |
|  | **JUDGE EDMUND A. SARGUS, JR.** |
| **v.** |  |

**JORDAN WESLEY RINCKER,**

**Defendant.**

### ORDER

The defendant Jordan Wesley Rincker appeared before Magistrate Judge Kimberly A. Jolson on August 11, 2026 and entered a plea of not guilty to the counts he is charged with in the Indictment. (ECF No. 80.)  The defendant Jordan Wesley Rincker is now hereby joined to the Scheduling Order (ECF No. 47) filed on July 16, 2026.

**IT IS SO ORDERED.**

| | |
|---|---|
| **8/12/2026** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |