**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 2:26-cr-113** |
| | : | |
| **vs.** | : | **JUDGE: EDMUND A. SARGUS, JR.** |
| | : | |
| **ABRAHAM HERMOSILLO ALVAREZ** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OFAPPEARANCE OF COUNSEL**

Now comes W. Joseph Edwards and hereby gives notice of his appearance of counsel regarding the above-captioned case to this Honorable Court and to the United States Attorney's Office.

Respectfully submitted,

/s/ W. Joseph Edwards
W. Joseph Edwards (0030048)
511 South High Street
Columbus, Ohio 43215
Telephone: (614) 309-0243
E-mail: jedwardslaw@live.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed via CM/ECF on this 14th day of august 2026 which sent notification of such filing to the following:

**United States Attorney's Office: Southern District of Ohio**
303 Maroni Boulevard, Sute 200
Columbus, Ohio 43215

/s/ Joseph Edwards
W. Joseph Edwards (0030048)
*Attorney for Defendant*