# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I, Joshua R. Shasserre, Clerk of the Supreme Court of Nebraska, certify that on September 18, 1987, Stuart Dornan was admitted to practice as an Attorney and Counselor at Law by the Supreme Court of Nebraska. I further certify that said attorney is an active member in good standing with the Nebraska State Bar. “Good standing” means that said attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law. No prior disciplinary sanctions have been entered against the attorney’s Nebraska law license. This certification expires in 30 days, unless sooner revoked or rendered invalid by operation of law or Nebraska Supreme Court Rule.




IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on July 22, 2026.

Joshua R. Shasserre
Clerk and Director of Attorney Admissions
Supreme Court of Nebraska