**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No. 2:26-cr-113(1)**
**JUDGE EDMUND A. SARGUS, JR.**

**ABRAHAM HERMOSILLO ALVAREZ,**

**Defendant.**

**ORDER**

For good cause shown, the Motion for Admission *pro hac vice* of attorney Stuart J. Dornan as co-counsel for Abraham Hermosillo Alvarez (ECF No. 85) is **GRANTED**. Counsel is directed to register for e-filing through PACER within 14 days from the date of this order unless they have done so previously.

In addition, the Court observes that Defendant's Counsel, Attorney W. Joseph Edwards, filed a Notice of Appearance, which has been listed on the Court's docket as a Motion for Leave to Appear. (ECF No. 84.) Because this filing is a notice of appearance, not a motion, the Clerk is **DIRECTED** to take down the gavel at ECF No. 84.

**IT IS SO ORDERED.**

**8/18/2025**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**