**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

vs Case Number: **2:26-cr-113 (3)**

**WILLIAM LEE SPARTACUS FALKNER**

## WAIVER OF DETENTION HEARING

Defendant, represented by counsel, waived his right to a detention hearing and agreed to be detained in the custody of the United States Marshal pending final resolution of this matter.

If circumstances should change in the future the defendant may, upon written motion, request a detention hearing to be held at that time.

Defendant

Defendant's counsel