United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

Case No. 2:26-cr-113 (3)

William Lee Spartacus Falkner

# COURTROOM MINUTES
## Arraignment on Indictment

| | | | |
|---|---|---|---|
| **U.S. Magistrate Judge Kimberly A. Jolson** | | **Date: August 20, 2026 @ 1:30 pm** | |
| **Deputy Clerk** | **Jessica Rector** | **Counsel for Govt:** | **Dave Twombly** |
| **Court Reporter** | **Courtsmart** | **Counsel for Deft(s):** | **Kevin West** |
| **Interpreter** | | **Pretrial/Probation** | **John McCabe** |
| **Log In** | **1:58 pm** | **Log Out** | **2:00 pm** |

Plea of not guilty entered to counts 1 & 2.

Defendant is remanded to USMS.