**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**Case No. 2:26-cr-113(3)**
**JUDGE EDMUND A. SARGUS, JR.**

**v.**

**WILLIAM LEE SPARTACUS FALKNER,**

**Defendant.**

# ORDER

The defendant William Lee Spartacus Falkner appeared before Magistrate Judge Kimberly A. Jolson on August 20, 2026 and entered a plea of not guilty to the counts he is charged with in the Indictment. (ECF No. 90.) The defendant William Lee Spartacus Falkner is now hereby joined to the Scheduling Order (ECF No. 47) filed on July 16, 2026.

**IT IS SO ORDERED.**

**8/24/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**