IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM HERMOSILLO ALVAREZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:26CR-113(1)<br><br><br><br>**ENTRY OF APPEARANCE** |

COMES NOW Stuart J. Dornan and hereby enters his appearance via pro hac vice, on behalf of Defendant, Abraham Hermosillo Alvarez, as retained counsel.

ABRAHAM HERMOSILLO ALVAREZ,
Defendant,

By: *s/Stuart J. Dornan*

STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Breitkreutz,
Dahlquist & Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

James M. Donnelly, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553