**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-** **Case No. 2:26-cr-113(1)**

**Abraham Hermosillo Alvarez**

---

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| JUDGE: | S. Courter M. Shimeall | DATE AND TIME: | 9/3/2026 @ 1:31 pm |
| DEPUTY CLERK: | Wendy McCormick | COUNSEL FOR GOVT: | Jen Rausch |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | W. Joseph Edwards |
| INTERPRETER: | n/a | PRETRIAL/PROBATION: | Tiara Turner |

Arraignment on Indictment:

-Parties consent to hearing being digitally recorded
-Dft and Counsel waived reading of the indictment in open court
-Dft pleads NOT GUILTY to the charges in the indictment
-Scheduling Order to be issued by Judge Sargus
-Dft REMANDED to custody of US Marshal