**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Case Number 2:26-cr-113(6)**
**Judge Edmund A. Sargus, Jr.**

**BRYAN ROA,**
**Defendant.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**Courtroom Number 311**
**October 13, 2026 at 10:30 a.m.**

TYPE OF PROCEEDING: **Motion Hearing**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE: October 2, 2026

/s / Christin M. Werner
(By) Christin M. Werner, Deputy Clerk