AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2026 OCT -5 PM 12: 13
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

United States of America
v.
Daniel Kenely Eskridge
*Defendant*

Case No. 2:26-cr-113 (2)

RECEIVED
By TAdams at 9:52 am, Jul 10, 2026

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Daniel Kenely Eskridge, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2339A (Conspiracy to Provide Material Support to Terrorists)
Count 2: 18 U.S.C. § 1117 (Conspiracy to Commit Murder)

Date: 7/9/26

[signature] Deputy Clerk
*Issuing officer's signature*

City and state: Columbus, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

### Return

This warrant was received on *(date)* 7/9/2026, and the person was arrested on *(date)* 8/5/2026 at *(city and state)* Columbus, OH.

Date: 8/5/2026

[signature]
*Arresting officer's signature*

Brian Boyle DUSM
*Printed name and title*