**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Case Number 2:26-cr-113(8)**
**Judge Edmund A. Sargus, Jr.**

**MICHAEL ALAN THOMAS,**
**Defendant.**

# Hearing
# Thursday, October 8, 2026
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Damoun Delaviz and David Twombly
For Defendant: Adam Neeman
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

New CJA counsel to be appointed. Order to follow.