**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No. 2:26-CR-113(8)**
**JUDGE EDMUND A. SARGUS, JR.**

**MICHAEL ALAN THOMAS,**

**Defendant.**

**ORDER**

This matter came before the Court on October 8, 2026 on defendant Michael Alan Thomas and attorney Adam Neeman's requests to have substitute CJA counsel appointed. The Court appreciates Adam Neeman's hard work in this case and for the reasons stated on the record, excuses Mr. Neeman as counsel. New CJA counsel shall be appointed for defendant Michael Alan Thomas.

**IT IS SO ORDERED.**

**10/8/2026**
**Date**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.,**
**UNITED STATES DISTRICT JUDGE**