**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cr-00113** |
| | : | |
| | : | **JUDGE EDMUND A. SARGUS, JR.** |
| **v.** | : | |
| | : | |
| **ABRAHAM HERMOSILLO ALVAREZ, et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

The United States of America, by its undersigned counsel, particularly alleges, pursuant to Federal Rule of Criminal Procedure 32.2(a), the following regarding forfeiture:

1. In the Forfeiture Allegation of the Indictment (Doc. 33), the United States alleged that it would seek the forfeiture of:

   a. Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 2339A(a) or 18 U.S.C. § 1117, in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and/or

   b. In accordance with 18 U.S.C. § 981(a)(1)(G), all assets, foreign or domestic—

      i. of any individual, entity, or organization engaged in planning or perpetrating any federal crime of terrorism, namely, a violation of 18 U.S.C. § 2339A(a), against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

ii. acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism, namely, a violation of 18 U.S.C. § 2339A(a), against the United States, citizens or residents of the United States, or their property; and

iii. derived from, involved in, or used or intended to be used to commit any federal crime of terrorism, namely, a violation of 18 U.S.C. § 2339A(a), against the United States, citizens or residents of the United States, or their property.

2. Accordingly, the United States gives notice that as a result of the violation of 18 U.S.C. § 2339A(a) or 18 U.S.C. § 1117 as alleged in the Indictment, and by this reference fully incorporated herein, it seeks the forfeiture of the following:

**ABRAHAM HERMOSILLO ALVAREZ**

a. Property seized on June 14, 2026, from 11552 Davenport Plaza, Apt. 6, Omaha, Nebraska:

- A Derya Arms Carina, 12-gauge shotgun, serial number R195031;
- A belt with fifty (50) rounds of 12-gauge shotgun shells;
- Thirteen (13) rounds of Luger 9mm ammunition;
- A ThrowFlame, model ARC PRO, flame thrower, serial number AITL.001779;
- An Armored Republic tactical vest;
- Seven (7) notebooks with writing and a blue folder;
- An Apple Mac Mini, silver, serial number D1HXLN2FMJ;
- A My Passport Ultra hard drive, serial number WX32A34C5HPY;
- An HP laptop, model: MZ-VLQ256B, serial number 8CG24718T7;

- A computer tower, unknown make and model, serial number MSBZ0103S0105882;
- An MSI Spatium M42, 2TB hard drive, serial number S78440Q730P8310349005659;
- A Samsung V-Nand SSD 990PRO, 4TB, hard drive, serial number S7KGNU0Y114226P;
- An Apple iPhone, 17 ProMax, serial number: LK4J3JYT04, IMEI: 357999609576212;
- A PNY 128 GB flash drive;
- A Green Data storage device;
- An Infinitive USB flash drive;
- A Da' Jiang Innovations Mavic Mini, model MT1SS5 drone, serial number 1SZFJ75002U075, with lithium battery and controller;

b. Property seized on June 14, 2026, from 198 East Sycamore Street, Western, Nebraska:

- An Orbic cellular phone, unknown serial number;
- A Motorola, Moto G Stylus cellular phone, IMEI 352398202591048;
- A SanDisk Cruzer flash drive, black in color;

c. Property seized on June 21, 2026, from 125 Neelytown Road, Montgomery, New York:

- A Baofeng two-way radio, model AR-152, with Li-ion battery, antenna, and charging cord;

**<u>DANIEL KENELY ESKRIDGE</u>**

d. Property seized on June 13, 2026, from 7648 NW Kidder Road, Kidder, Missouri:

- Seven (7) P Mag magazines;
- Four (4) boxes of .308 caliber ammunition;
- Five (5) P Mag magazines loaded with ammunition;

- Two (2) large front wear face body armor plates and two (2) small rear wear face body armor plates;
- Two (2) 9mm magazines loaded with ammunition;
- Four (4) camouflage 5.56 caliber magazines with ammunition;
- A Multicam gun belt with attached medical kit and magazine pouches;
- Two (2) 9mm magazines (1 loaded and 1 empty);
- A large G. Teagle tactical plate;
- Three (3) MAG-GAR 9mm magazines loaded with ammunition, and one (1) Pro Mag 9mm magazine loaded with ammunition;
- A buckshot round ammunition box;
- Nine (9) 30 round 5.56 caliber magazines;
- Two (2) large tactical plates and two (2) small tactical plates;
- A Strike Face G-Eagle armor plate with bullet holes;
- Three (3) boxes of .22 LR round ammunition, one (1) .308 caliber round, and two (2) 12-gauge shotgun shells;
- A 9mm magazine loaded with ammunition;
- A Taurus Arms G3, 9mm pistol, serial number AEC135636, with optic;
- Five (5) Royal Buck 12-gauge shotgun shells;
- Two (2) rounds of .308 caliber Winchester ammunition;
- A magazine with 5.56 caliber ammunition;
- A Smith & Wesson MP-15, 5.56 caliber rifle, serial number TF58735, with optic, tourniquet, flashlight, and infrared light attached;
- A Remington 700, 30-06 caliber rifle, serial number 6573389, with scope;
- A Yildiz, 12-gauge shotgun, serial number P27031;
- Two (2) gun scopes, black in color;

- Two (2) Multicam helmets;
- Two (2) Walker ear protectors and accessories;
- Two (2) Walker walkie talkies;
- Miscellaneous gun cleaning items: two (2) patches, solvent, tray, green bag with cleaning rods and hoodie for rag;
- Two (2) pairs of gloves (1-black, 1-camouflage), group of zip ties and two (2) brown belts in bag;
- A black holster, black butt stock, and black muzzle cover;
- Black Milwaukee heated jacket, two (2) pairs of Milwaukee heated gloves, and one (1) pair of Armor Guys gloves;
- Camouflage clothing: three (3) pairs of pants (2 regular, 1 with knee pads), two (2) button down shirts, (4) tee-shirts, and Balaclava;
- A multifunctional scope light and four (4) radio antennas;
- A G2 Speed Beez speed loader;
- An AR15 Speed Beez speed loader;
- A Construction Master Pro calculator;
- Two (2) USB cables, one (1) headphone cable, three (3) Milwaukee charging cables, six (6) batteries, four (4) colored tape, and one (1) flashlight;
- A plastic bag with buckles and attachments, five (5) bags of latex gloves, a clip, bag of rubber bands, and BF manual;
- A camouflage tactical vest;
- A large camouflage bag, seven (7) smaller bags, and straps;
- A large Krydex Gear camouflage tactical vest/backpack with multiple pouches, black clip, and knife;
- A small attached pouch with tourniquet and cable radio jack;
- A Krydex Gear medium camouflage bag containing camelback with mouthpiece;

- A solar charger with USB parts, model PS37K;
- Two (2) gun cleaning kits: one (1) green pouch and one (1) black case;
- A plastic bag with zip ties, jute string with tube, multi-purpose hand tool, miscellaneous gun parts/screws, and two (2) memo books;
- A Camo-Compac, four (4) flat batteries, eleven (11) AA batteries, a box of AA batteries, and a Milwaukee charging cable;
- A small camouflage bag with Milwaukee charging cable, seventeen (17) AAA batteries, two (2) writing pens, and an acrylic pen;
- A camouflage vest;
- A Baofeng amateur radio, model UV-21R, serial number UV21R0415030;
- An AiPro K10 tablet, serial number MZCC243005044;
- An Apple iPad, Pro 11, 3rd Generation, serial number N5J64Y9QWC;
- An Apple iPhone, 17 Pro, serial number G7W004TR4X;
- A Samsung Galaxy tablet SM-T277V, serial number 35476208092451;
- An AiPro K10 tablet, serial number MZCC243005038;

**WILLIAM LEE SPARTACUS FALKNER**

e. Property seized on June 19, 2026, from 623 153rd Street CT. E., Tacoma, Washington:

- An Apple iPhone 13, serial number T4QH3HW792;
- A Samsung cellular phone;
- A N11 Pro drone with lithium-ion battery;
- A black case with zipper, containing drone controller, charger, three (3) batteries, mount, and SD card;
- A Seagate 1TB external hard drive, Backup Plus portable drive, model SRD00F1, serial number NA7GFZD8;

- A Toshina external hard drive, make/model: MQ01ABD100, 8455MB, serial number 92F5STG6S SX3 HDKBB96AYA01;

- An AURA central processing unit (CPU) with power cord, serial number 2003530403830577, serial number S4YDNF0R413628, and serial number 1F2502050510015, and Team Group M2 Solid State Drive MP33 512GB;

**TYCEN JAMES PROPER**

f. Property seized on June 11, 2026, from 105 South Mickley Street, Danville, Ohio:

- A GForce NK-1, 12-gauge semi-auto shotgun, serial number 24BRK-3018, with painted American flag, magazine, and TruGLO red dot optic;

- A Diamondback AR-15 DB15, 5.56 caliber rifle, serial number DB3234825, with magazine, Vortex Strikefire II red dot, and Vortex VMX-3T magnifier;

- Twenty-five (25) rounds of 12-gauge shells;

- Six (6) AR-15 magazines loaded with one hundred eighty (180) rounds of 5.56 caliber ammunition;

- A green .50 caliber ammunition can containing three hundred seven (307) rounds of 5.56 ammunition;

- A GForce 12-gauge shotgun magazine (empty);

- Twenty-five (25) rounds of 12-gauge 4/0 Buck;

- Thirty-five (35) rounds of 12-gauge rifle slugs;

- Forty (40) rounds of Frontier 5.56 caliber ammunition (55gr);

- One hundred forty (140) rounds of PMC X-TAC Green Tips 5.56 caliber ammunition (62gr);

- Sixty (60) rounds of PPU Rangemaster Line 5.56 caliber ammunition (55gr);

- Four hundred sixty (460) rounds of Winchester Target and Practice 5.56 caliber ammunition (62gr);

- An Apple iPhone 12, IMEI: 357716583687165;

- A Multicam tactical bump helmet;

- A backpack, tan in color;
- A MOLLE medical kit;
- Twenty (20) chem lights;
- Rubber string;
- A Vortex StrikeFire and Vortex VMX-3T manual;
- A Rhino Rescue first aid book;
- Three (3) 50" black 500 paracords;
- One hundred (100) cotton gun swabs;
- A face mask, tan in color;
- Gun oil spray;
- Two (2) gun cleaning sprays;
- Gofire fire starters;
- Gofire stormproof matches;
- Gofire waterproof matches;
- A knife sharpener;
- A fire starting steel;
- Two hundred fifty (250) cotton gun patches;
- An M&P fixed blade knife;
- An Ozark Trail hatchet;
- A Walkers headset with talk, tan in color;
- A Walkers headset with talk, black in color;
- Multicam plate carrier without ballistic plates;
- Four (4) Great Lakes Fortress Sappy side plates;

- A Multicam battle belt with 5 pouches;
- A medical kit in Multicam battle belt pouch;
- A Multicam plate carrier with miscellaneous magazine, medical, and accessory pouches;
- Two (2) front and back Great Lakes Fortress .308 caliber rated ballistic plates in Multicam plate carriers;
- Trauma scissors;
- A compass;
- Strasorb wound seal;
- An emergency bandage;
- A CAT TQ tourniquet;
- Two (2) medical kits;
- A Multicam plate carrier with miscellaneous pouches;
- An Adidas duffle bag, gray in color;
- A Walker headset, black in color;
- Two (2) fixed blade knives;
- Two (2) folding knives;
- A black journal with notes;

**JORDAN WESLEY RINCKER**

g. Property seized on June 21, 2026, from 3807 Churchill Court, St. Joseph, Missouri:

- Two (2) 5.56 caliber magazines loaded with ammunition;
- A .22 caliber magazine loaded with ammunition;
- A 3D printed Glock, 3D printed magazine loaded with printed ammunition, and 1 loose round;

- A model 597 magazine loaded with .22 caliber ammunition;
- A Remington 597, .22 caliber rifle, serial number JD04805A, and scope;
- An auto sear;
- A Thril magazine loaded with 5.56 caliber ammunition;
- A FMK multi-caliber AR-1 Extreme rifle, serial number ARGB1386, with scope, sling, foregrip and flashlight;
- A magazine loaded with 9mm ammunition and 1 loose round;
- A FN Reflex, 9mm pistol, serial number CCW0051572, with Holosun red dot;
- A gas mask with cartridge;
- A Hooston firearm holster;
- An HP laptop, model 15-f272wm, serial number 5CD80298B9, red in color;
- An Apple laptop, model A1990, serial number C02XR3X8JG5H, with green case;
- An Apple iPhone, 17 Pro Max, model MFXH4LL/A, serial number FWWPNWQQ0L, orange in color;
- A Nothing Technology Limited 2a Plus, model A142P, phone, unknown serial number, dark gray in color with black case;
- An Apple Series 5 watch with green case and wrist band;
- An Apple Ultra watch, black in color;
- A Stgaubron model ABR022 computer tower, model ABR022, serial number MB2312254QS3H;

h. Property seized on June 21, 2026, from storage unit number 22 at 511 North 36th Street, St. Joseph, Missouri:

- A TF (Trinity Force) rifle barrel patent number US9389043131 and black stock;
- 3D printed components and silver lower receiver;

- A handheld metal shield plate and 1 Strike Face tactical plate;
- A 3D printed lower Glock frame;
- An RTX Storm thermal imaging scope, serial number 5A11U-BAk1343;
- A black belt with black handcuffs;
- Four (4) Muzi Works, no serial numbers;
- A rapid radio;
- A Radio Solution (HackRF One with Portapak H2);
- A GPS Anti Spy Terminator (RFGS Detector GB4943) in box with antenna;
- Night vision binoculars in case with accessories, model number GDB2406P0561;
- A Hti, model Hti-HT-2034, smart mobile phone thermal imager in case;
- A tan tactical vest with black fingerless gloves;
- Two (2) camouflage Ghillie suits;
- A hard drive and thumb drive;
- A Creality 3D printer, model 2AXHG-K1MAX;
- A Fokoos FE10 laser engraver, serial number LG-KMG9A0038;
- An Ender 3D printer, serial number P201I12A00311;
- An Apple Mac Mini, model A2686 computer, serial number WN6skQQCZM;

**BRYAN OMAR ROA**

i. Property seized on June 13, 2026, from 1283 2nd Place, Calimesa, California:

- 2010 Audi A4, VIN: WAUEFAFL8AN061321, registered to Bryan Omar Roa;
- An Apple iPhone 16, serial number D3RM6TX7TV, white in color;
- A USB drive, black in color;

- An XBox, white in color;
- A Seagate game drive for Xbox, serial number NZ0EZZ0F;
- A Seagate laptop thin, SSHD, 500GB, serial number W373EQIE;
- Night vision goggles;
- Twenty-five (25) cartridges with ammunition from gun safe;

j. Property seized on June 14, 2026, from Bryan Omar Roa's 2010 Audi A4:

- An Andro Corp, 5.56 caliber AR rifle, serial number J2-050695;
- A Glock 19, 9mm pistol, serial number CCAP137;
- Four (4) magazines (2 pistol and 2 rifle);
- A black optic, serial number SCP-RG40CDQ;
- A PMC 5.56 caliber rifle ammunition box (empty);
- An AR rifle magazine;
- A PEQ15 rifle laser, serial number 511218;
- A holster;
- Three (3) expended rounds of 5.56 caliber ammunition;
- A tactical belt, tan in color;
- A security shirt, black in color;
- Book, *100 Deadly Skills*;
- Book, *CIA Manual of Trickery and Deception*;
- Book, *Meditations*;
- Arms Next hearing protection/Comms System and other hearing protection;
- Four (4) shooting targets;
- A Baofeng UV-5R radio, black in color, with spare battery;

- A Baofeng UV-5R radio, black in color;
- CR123 batteries;
- A Magpul Armorer wrench;
- A node mount;
- Hearing protection;
- Backpack, tan in color;
- Neck gator;
- Case keys;
- Chem lights;
- A phone case and power cable;
- A screwdriver kit;
- A rifle cleaning kit;
- A picatinny rail;
- Straps;
- A jacket and a beanie;

**<u>CHANDLER DYLAN SCAGGS</u>**

k. Property seized on July 7, 2026, from 317 Cherrywood Lane, Chapmanville, West Virginia:

- An Apple iPhone 6s, model MN1M2LL/A, serial number FFMV5R2XHFLR, gray in color;

**<u>MICHAEL ALAN THOMAS</u>**

l. Property seized on June 13, 2026, from 675 Maria Road, Pinon Hills, California:

- A Ruger, model 03701, .380 caliber handgun, serial number 371-53793, black in color, with magazine and six (6) rounds of ACP .380 caliber ammunition;

- A Colt M4 Carbine, multi-caliber rifle, serial number CR025528, black in color;
- A Savage, Stevens 200, .243 caliber hunting rifle, serial number G500461, camouflage in color, with scope mounted, magazine, and four (4) rounds of rifle ammunition;
- One hundred eighty-six (186) rounds of mixed 5.56 caliber ammunition;
- A box of Mirage Buckshot SG00BK ammunition;
- A box of Federal 243 WIN ammunition;
- An HP Laptop, model 15-42703dx; and
- An Apple iPhone 14, model MR3J3LL/A, black in color.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Damoun Delaviz*
DAMOUN DELAVIZ (PA 309631)
DAVID J. TWOMBLY (OH 92558)
Assistant United States Attorneys
Attorneys for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Damoun.Delaviz@usdoj.gov
David.Twombly@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, a copy of the foregoing Bill of Particulars for Forfeiture of Property was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/Damoun Delaviz*
DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney