**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Case Number 2:26-cr-113(6)**
**Judge Edmund A. Sargus, Jr.**

**BRIAN OMAR ROA,**
**Defendant.**

# MOTION HEARING
# (Regarding ECF No. 102 First Motion Appeal Order of Detention)
# Tuesday, October 13, 2026
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Damoun Delaviz and David Twombly
For Defendant: Fred Benton
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

The Court heard arguments from both sides. Order to follow.