**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Case No. 2:26-cr-113(1)**
**Judge Edmund A. Sargus, Jr.**

**ABRAHAM HERMOSILLO ALVAREZ,**
**Defendant,**

# ORDER

This matter is before the Court on a *pro se* Motion for Speedy Trial of Defendant Alvarez. (ECF No. 117.) Defendant Abraham Hermosillo Alvarez asserts that he has never knowingly consented to waiver of his Speedy Trial Act right. (*Id.*); *see* 18 U.S.C. §§ 3161–3174. He states that he has made his counsel aware that he wants to invoke his right to a speedy trial, but "it is unclear whether his counsel will act," and so "he wishes for the court record to clearly indicate his wish to invoke this right." (*Id.*)

"Although a criminal defendant has a constitutionally protected right to present his own defense in addition to a constitutionally protected right to be represented by counsel, he has no right to hybrid representation." *United States v. Flowers*, 428 F. App'x 526, 530 (6th Cir. 2011) (citing *United States v. Cromer*, 389 F.3d 662, 680 (6th Cir. 2004); 28 U.S.C. § 1654 ("[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel"). Mr. Alvarez is represented by counsel in this matter. (ECF Nos. 84, 87.) The Court will not consider *pro se* arguments where the defendant is represented by counsel. *See United States v. Martinez*, 588 F.3d 301, 328 (6th Cir. 2009) (declining to address *pro se* claims because

Mr. Martinez was represented by counsel); *United States v. Degroat*, No. 97-CR-20004-DT-1, 2009 WL 891699, at *1 (E.D. Mich. Mar. 31, 2009) (striking the defendant's *pro se* motion because, where defendant was represented by counsel, "all filings must be made by the attorney of record").

As a result, the Court **STRIKES** (ECF No. 117) Defendant Abraham Hermosillo Alvarez's Motion for Speedy Trial. This case remains open.

**IT IS SO ORDERED**.

**11/20/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**